IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | No. 09-26491 |
| STEPHEN A. ZIEMBA | ) | Judge Hollis |
| | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |

NOTICE OF MOTION

To:   SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE that on September 17, 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Pamela S. Hollis in Room 644 of the US Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois 60604, or before any other judge who may be sitting in her stead, and shall then and there present the MOTION TO MODIFY AUTOMATIC STAY, a copy of which is attached hereto and served upon you.

                    /s/ Thomas A. Brown
Thomas A. Brown ARDC 320064
Swanson & Brown, Ltd.
Attorney for Palos Bank and Trust Company
12600 S. Harlem Ave., Suite 202
Palos Heights, IL  60463
(708) 361-3434

CERTIFICATE OF SERVICE

I, Thomas A. Brown, the attorney certify; that a copy of this notice was served to the addresses attached by electronic notice through ECF or depositing the same in the U.S. mail at 12600 S. Harlem Avenue, Palos Heights, IL 60463 at prior to 5:00 p.m. on August 7, 2009 with proper postage prepaid.

Date   August 7, 2009

                    /s/ Thomas A. Brown
                    Thomas A. Brown

**NOTICE OF MOTION ADDRESSES**

To Trustee:
Norman B. Newman
Much Shelist Freed Deneberg
191 N. Wacker Dr., Suite 1800
Chicago, IL  60601
(Electronic Notice through ECF)

William T. Neary
(Electronic Notice through ECF)

To Debtor:
Stephen A. Ziemba
14563 West Avenue
Orland Park, IL  60462
(U.S. Mail)

To Attorney:
Forrest L. Ingram
79 W. Monroe Street, Suite 900
Chicago, IL  60603
(Electronic Notice through ECF)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

In Re:                                    )
                                          )    No. 09-26491
        STEPHEN A. ZIEMBA                 )    Judge Hollis
                                          )    Chapter 7
                                          )
        Debtors.                          )
                                          )

## MOTION TO MODIFY AUTOMATIC STAY

NOW COMES Palos Bank and Trust Company by and through its attorneys, Swanson & Brown, Ltd. and moves this Court for an Order of Relief from the Automatic Stay to allow Palos Bank and Trust Company to proceed against certain property and in support thereof states as follows:

1. The Debtor filed a Petition for relief under Chapter 7 of the U.S. Bankruptcy Code on July 22, 2009. Debtor's Schedules indicating real property assets worth $650,000.00 with debt due to secured creditors of $834,377.82.

2. The Palos Bank and Trust Company is a Secured Creditor of the Debtor, pursuant to the note and mortgage as set forth below:

| Note | Date Signed | Amount | Signed By: |
|------|-------------|--------|------------|
| Loan 70009840 | 6-17-09 | $350,000.00 | Stephen A. Zeimba |

3. The above note was secured by the mortgage as follows:

| Mortgage Date | Secured by: |
|---------------|-------------|
| 6-17-08 | 5644 W. 63rd Street, Chicago, IL  60638. |
| Document 0817133066 | |

3. The Debtor is in default under the terms of said note and mortgage for failure to make the required installment payments due thereon.

4. Movant filed a Mortgage Foreclosure case in the Circuit Court of Cook County, Case Number 09 CH 16097.

5. That Debtor schedules show no equity, having listed assets of $659,650.00 and secured debts of $834,377.82.

6. That Debtor has filed a Statement of Intent to surrender the property to Palos Bank and Trust Company.

7. That Norman B. Newman, the appointed Trustee of the Debtor estate, has not yet filed a No-Asset Report, as the first meeting of creditors is scheduled for August 31, 2009.

8. That said property is not necessary for an effective reorganization.

9. That, for the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, Palos Bank and Trust Company respectfully requests entry of an Order of Relief from the Automatic Stay to allow said creditor to foreclose the mortgage on the property commonly known as 5644 W. 63rd Street, Chicago, IL 60638, and that Federal Bankruptcy Rule 4001(a)(3) be waived.

PALOS BANK AND TRUST COMPANY

By:  _____/s/ Thomas A. Brown_____
Swanson & Brown, Ltd.

Thomas A. Brown ARDC# 320064
Swanson & Brown, Ltd.
12600 S. Harlem Ave., Suite 202
Palos Heights, IL 60463
708) 361-3434