**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____ Case No. _____ Chapter _____

All Cases: Moving Creditor _____ Date Case Filed _____

Nature of Relief Sought:  ☐ Lift Stay        ☐ Annul Stay      ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
         ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a.    ☐ Home
   b.    ☐ Car   Year, Make, and Model _____
   c.    ☐ Other (describe)_____

2. Balance Owed as of Petition Date   $ _____
   Total of all other Liens against Collateral $_____

3. Estimated Value of Collateral (must be supplied in *all* cases) $ _____

4. Default
   a.    ☐ Pre-Petition Default
         Number of months _____       Amount $ _____

   b.    ☐ Post-Petition Default
         i.    ☐ On direct payments to the moving creditor
               Number of months _____       Amount $ _____

         ii.   ☐ On payments to the Standing Chapter 13 Trustee
               Number of months _____       Amount $ _____

5. Other Allegations
   a.    ☐ Lack of Adequate Protection § 362(d)(1)
         i.    ☐ No insurance
         ii.   ☐ Taxes unpaid       Amount $ _____
         iii.  ☐ Rapidly depreciating asset
         iv.   ☐ Other (describe) _____

   b.    ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.    ☐ Other "Cause" § 362(d)(1)
         i.    ☐ Bad Faith (describe)_____
         ii.   ☐ Multiple Filings
         iii.  ☐ Other (describe) _____

   d.    Debtor's Statement of Intention regarding the Collateral
         i.    ☐ Reaffirm        ii.   ☐ Redeem
         iii.  ☐ Surrender       iv.   ☐ No Statement of Intention Filed

Date: _____    _____
                                                    Counsel for Movant
(Rev. 2/21/08)