IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| In Re: | ) | |
|---|---|---|
| | ) | No. 09 B 26491 |
| STEPHEN A. ZIEMBA | ) | Judge Hollis |
| | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**<u>ORDER</u>**

THIS MATTER coming on to be heard on the Motion for Relief from Automatic Stay filed by Palos Bank and Trust Company pursuant to Notice to the parties, there being no written objection filed by the debtor, and the issues having been heard and the Court being advised:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Palos Bank and Trust Company and it successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 5644 W. 63rd Street, Chicago, Illinois.

Bankruptcy Rule 4001 (a) (3) is waived and not applicable.

DATED: _____    ENTERED BY: _____
Bankruptcy Judge: Pamela S. Hollis

Thomas A. Brown ARDC# 320064
Swanson & Brown, Ltd.
12600 S. Harlem Ave., Suite 202
Palos Heights, IL  60463
708) 361-3434