**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | **Case No. 09 B 26491** |
| **STEPHEN A. ZIEMBA,** | ) | **Hon. Pamela S. Hollis** |
| | ) | |
| **Debtor.** | ) | |

## NOTICE OF MOTION

To:  See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, September 10, 2009** at **10:00 a.m**., or as soon thereafter as may be possible, we shall appear before the Honorable Pamela S. Hollis or any other Judge sitting in her stead, in **courtroom 644**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee to Employ Attorneys,** a copy of which is hereby served upon you.


By:  /s/ Norman B. Newman
     Norman B. Newman, Trustee for Stephen A. Ziemba

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

## CERTIFICATE OF SERVICE

I, Norman B. Newman, an attorney, hereby certify that I served copies of the foregoing Notice together with Attachments upon those individuals listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois on September 3, 2009.

 /s/ Norman B. Newman
 Norman B. Newman

## **SERVICE LIST FOR TIMOTHY AND PATRICIA HARWOOD**

Office of the U. S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Stephen A. Ziemba
14563 W. Avenue
Orland Park, IL 60462

Forrest L. Ingram
Forrest L. Ingram, P.C.
79 W. Monroe Street, Suite 900
Chicago, IL 60603

Thomas A. Brown
Swanson & Brown, Ltd.
12600 S. Harlem Avenue, Suite 202
Palos Heights, IL 60463

Jeffrey W. Brend
Levin & Brend, P.C.
20 N. Wacker Drive, Suite 2920
Chicago, IL 60606

Kimberly A. Cook
Schiller DuCanto & Fleck, LLP
200 N. LaSalle Street, 30th Floor
Chicago, IL 60601

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 09 B 26491 |
| **STEPHEN A. ZIEMBA,** | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: Sept. 10, 2009 |
| Debtor. | ) | at 10:00 a.m. |

## APPLICATION OF TRUSTEE TO EMPLOY ATTORNEYS

Norman B. Newman, Trustee herein, ("Trustee") moves this Court for the entry of an Order authorizing Trustee to employ Martin Wasserman and the law firm of Much Shelist Denenberg Ament & Rubenstein ("Much Shelist") as his attorneys in this case. In support of his application, Trustee states as follows:

1. On July 22, 2009, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. Trustee was subsequently appointed and qualified as Trustee.

2. At the Section 341 meeting held in this case, Trustee discovered that there might be equity in certain real estate and business receivables which can be liquidated to provide a benefit to general unsecured creditors.

3. Trustee seeks court authority to employ Martin Wasserman and Much Shelist, of 191 North Wacker Drive in Chicago, Illinois as his attorneys in this case. The professional services which Martin Wasserman and Much Shelist are to render include the following:

   a. To prepare necessary applications, answers, orders and reports and other matters; and

   b. To render all other legal services which may be necessary herein.

      4.      The Trustee believes that the use of paralegals by his attorneys to handle certain administrative and semi-legal matters will reduce costs of administration of this estate. Such paralegal duties would be employed as follows:

      a.      To maintain any and all files with respect to the professional services enumerated above, including correspondence, pleadings, creditors lists and other documents and material relating to the instant proceeding;

      b.      To handle ministerial tasks, including duplication of documents and maintenance of the Court docket;

      c.      To do any and all necessary work requested by and under the direction of such attorneys with respect to the professional services enumerated above.

      5.      Trustee requests that his attorneys be authorized to use the services of a paralegal in this matter.

      6.      Martin Wasserman and Much Shelist represent no other entity in this case and hold no claims or interest adverse to the Trustee, the Debtor or to the estate as to those matters in which they are to be engaged. Trustee serves as a member of the panel of private trustees and as such has frequent contact with members of the Office of the U.S. Trustee and its employees. The law firm Levin & Brend, P.C. is an unsecured creditor of the Debtor. Much Shelist has provided legal services to Sander Levin, in his capacity as a Trustee of an Insurance Trust in an unrelated matter.

      8.      Employment of said attorneys would be in the best interest of this estate.

**WHEREFORE**, the Trustee prays that he be authorized to employ Martin Wasserman and Much Shelist Denenberg Ament & Rubenstein, P.C. as his attorneys, that said attorneys be

permitted to use the services of a paralegal and for such further relief as this court deems just.

Dated:  September 3, 2009

                                            Respectfully Submitted,

                                             /s/ Norman B. Newman
                                            **Norman B. Newman, Trustee**

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.**
191 N. Wacker Drive ,Suite 1800
Chicago, IL 60606
(312) 521-2000