UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 09 B 26491 |
| STEPHEN A. ZIEMBA, | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: October 1, 2009 |
| Debtor. | ) | 10:00 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on October 1, 2009, at 10:00 a.m., we shall appear before the Honorable Judge Pamela s. Hollis, Bankruptcy Judge in Courtroom 644, of the Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago Illinois, or before any other Bankruptcy Judge who may be sitting in his stead and present TRUSTEE'S APPLICATION FOR AUTHORITY TO RETAIN REAL ESTATE PROFESSIONAL, a copy of which is served on you.

Respectfully submitted,

Norman B. Newman, not individually, but solely as
the Chapter 7 Trustee for Stephen A. Ziemba

By: /s/ Martin J. Wasserman
One of his Attorneys

Norman B. Newman, ARDC No. 02045427
Martin J. Wasserman, ARDC No. 06294040
MUCH SHELIST DENENBERG
    AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Email: mwasserman@muchshelist.com

## CERTIFICATE OF SERVICE

I, Martin J. Wasserman, an attorney, hereby certify that I served copies of the foregoing Notice together with Attachments upon those individuals listed on the attached service list by depositing same in the U.S. Mail with pre-paid postage on September 21, 2009.

## SERVICE LIST FOR STEPHEN A. ZIEMBA

Office of the U. S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Stephen A. Ziemba
14563 W. Avenue
Orland Park, IL 60462

Forrest L. Ingram
Forrest L. Ingram, P.C.
79 W. Monroe Street, Suite 900
Chicago, IL 60603

Thomas A. Brown
Swanson & Brown, Ltd.
12600 S. Harlem Avenue, Suite 202
Palos Heights, IL 60463

Jeffrey W. Brend
Levin & Brend, P.C.
20 N. Wacker Drive, Suite 2920
Chicago, IL 60606

Kimberly A. Cook
Schiller DuCanto & Fleck, LLP
200 N. LaSalle Street, 30th Floor
Chicago, IL 60601

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 09 B 26491 |
| STEPHEN A. ZIEMBA, | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: October 1, 2009 |
| Debtor. | ) | 10:00 a.m. |

## TRUSTEE'S APPLICATION FOR AUTHORITY TO
## RETAIN REAL ESTATE PROFESSIONALS

Norman B. Newman, Trustee herein, ("Trustee") moves this Court for the entry of an Order authorizing Trustee to employ Michael J. Ryan and Classic Realty as real estate professionals n this case. In support of his application, Trustee states as follows:

1. On July 22, 2009, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. Trustee was subsequently appointed and qualified as Trustee.

2. At the Section 341 meeting held in this case, Trustee discovered that there might be equity in certain real estate and business receivables which can be liquidated to provide a benefit to general unsecured creditors.

3. The Debtor owns a property located at 5644 W. 63rd Street, Chicago, Illinois (the "Property"). The Property served as a flower shop for the Debtor's business.

4. The Debtor's Schedules estimate the value of the Property to be $450,000.00. The Debtor's Schedules further states the Property is encumbered by a $347,143.82 secured claim. Upon information and belief, Palos Bank and Trust Company (the "Bank") holds a first mortgage against the Property to secure a $350,000.00 loan.

5. Trustee requests authority to employ Michael J. Ryan and Classic Realty as its real estate broker for the purpose of marketing and selling the Property.

6. The Trustee has selected Michael J. Ryan because of his ability and expertise in marketing and selling real estate in the Chicagoland Area. Michael J. Ryan and Classic Realty shall provide the following services for the Trustee:

    a. Promote the sale of the Property;

    b. Advertise the Property in various media outlets; and

    c. Process and distribute the information regarding the Property to other realtors and assist in cooperating with brokers in closing a transaction on the Property.

7. To the best of the Trustee's knowledge and after due inquiry Michael J. Ryan and Classic Realty represents no other entity in this case and hold no claims or interest adverse to the Trustee, the Debtor or to the estate as to those matters in which he is to be engaged and accordingly, is a disinterested person as that term is defined in §101(4) of the Bankruptcy Code. Attached hereto as <u>Exhibit A</u> is the Affidavit of Michael J. Ryan in Support of this Application. As provided in Mr. Ryan's Affidavit, he and Classic Realty have provided real estate broker services with respect to other real estate in which the Bank has an interest.

8. Michael J. Ryan and Classic Realty has requested that they be retained pursuant to the terms of its Listing Agreement, a copy of which are attached hereto and incorporated herein as <u>Exhibit B</u>. Michael J. Ryan and Classic Realty is to be paid a 5% commission based upon the gross purchase price of the Property at closing. It is the Trustee's position that the requested fee is comparable to the rates charged by other real estate brokers in the area.

WHEREFORE, the Trustee respectfully request that the Court enter the attached Order:

a) Authorizing the Debtors to retain Michael J. Ryan and Classic Realty as its real estate broker pursuant to 11 U.S.C. §327(a) pursuant to the terms and conditions set forth herein;

b) Authorizing the Trustee to execute the Listing Agreement attached hereto as Exhibit A; and

c)      granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

Norman B. Newman, not individually, but solely as the Chapter 7 Trustee for Stephan Ziemba

By: /s/ Martin J. Wasserman
      One of his Attorneys


Norman B. Newman, ARDC No. 02045427
Martin J. Wasserman, ARDC No. 06294040
MUCH SHELIST DENENBERG
       AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Email: mwasserman@muchshelist.com