Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Stephen A Ziemba
14563 West Avenue
Orland Park, IL 60462
SSN: xxx−xx−5190 EIN: N.A.

Case No. :  09−26491
Chapter :  7
Judge :  Pamela S. Hollis

---

Debtor's Attorney:

Forrest L Ingram
Forrest L. Ingram, P.C.
79 W Monroe Street
Suite 900
Chicago, IL 60603

312 759−2838

Trustee:

Norman B Newman
Much Shelist Freed Denenberg
191 North Wacker Drive Ste 1800
Chicago, IL 60601

312−521−2000

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on ***July 22, 2009*** .

1. ***January 26, 2010*** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. ***January 26, 2010*** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above date fixed as the last day for the filing of claims will not be timely, except as otherwise provided by law.

**A claim may be filed in person or by mail with the Clerk of the Bankruptcy Court at the address listed above. If you wish to file a claim, please use the attached Proof of Claim form.**

For the Court,

Dated: October 26, 2009

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Northern District of Illinois | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Stephen A Ziemba | Case Number: 09-26491 - PSH |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

**Court Claim Number:**_____
(*If known*)

Telephone number:

Filed on:_____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:**    $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
   (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
      (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   **Describe:**

   **Value of Property: $**_____  **Annual Interest Rate**___%

   **Amount of arrearage and other charges as of time case filed included in secured claim,**

   **if any: $**_____  **Basis for perfection:** _____

   **Amount of Secured Claim: $**_____  **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (12/08) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____  _____**INFORMATION**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers              Page 1 of 2          Date Rcvd: Oct 26, 2009
Case: 09-26491                Form ID: ntcftfc7           Total Noticed: 51


The following entities were noticed by first class mail on Oct 28, 2009.
db         +Stephen A Ziemba,   14563 West Avenue,   Orland Park, IL 60462-6301
aty        +Forrest L Ingram,   Forrest L. Ingram, P.C.,   79 W Monroe Street,   Suite 900,
             Chicago, IL 60603-4914
aty        +Martin J Wasserman,   Much Shelist Denenberg,   Ament & Rubenstein PC,   191 North Wacker Drive,
             Suite 1800,   Chicago, IL 60606-1631
tr         +Norman B Newman,   Much Shelist Freed Denenberg,   191 North Wacker Drive Ste 1800,
             Chicago, IL 60606-1631
14191927   +Abc Credit & Recovery,   4736 Main St Ste 4,   Lisle, IL 60532-1986
14191928   +Allied Waste Service,   2608 S. Damen,   Chicago, IL 60608-5209
14191930   +American Express,   PO Box 0001,   Chicago, IL 60690-0001
14191931   +BERGER NEWMARK & FENCHEL,   303 W MADISON#23FL,   Chicago, IL 60606-3309
14191933   +Chase Manhattan Mtg,   G7-Pp,   3415 Vision Dr.,   Columbus, OH 43219-6009
14191934   +Christ Hospital,   c/o Harris & Harris LTD,   222 Merchandise Mart, Ste. 1900,
             Chicago, IL 60654-1421
14191935    Citi Mortgage Inc,   Attention: Bankruptcy Department,   Po Box 79022, Ms322,
             St. Louis, MO 63179
14191936   +Damis Investments,   936 N. Damen,   Chicago, IL 60622-4992
14191938   +Denise Ziemba,   15653 Shire Drive,   Orland Park, IL 60467-9407
14191939   +Dependon Collection Service Inc.,   PO Box 4833,   Oak Brook, IL 60522-4833
14191940    Dyck-O'Neal, Inc.,   PO Box 841776,   Dallas, TX 75284-1776
14191941   +Endodontic & Periodontic Associates,   Attn: Patient Accounts,   18130 S. Halsted St.,
             Homewood, IL 60430-2597
14191942   +EverFloral,   PO Box 87618,   Chicago, IL 60680-0618
14191943   +First Real Estate Services, Ltd.,   120 W. Madison, Suite 1200,   Chicago, IL 60602-4139
14191945   +George Feiwell,   70 W. Madison, Ste 3700,   Chicago, IL 60602-4312
14191946   +Harris & Harris Ltd,   600 W Jackson,   Chicago, IL 60661-5636
14191948    Home Depot Credit Services,   Processing Center,   Des Moines, IA 50364-0500
14191950   ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   Bankruptcy Section Level 7-425,
             100 W. Randolph St.,   Chicago, IL 60606)
14191949   +Illinois Collection Services,   8231 W. 185th St. Ste. 100,   Tinley Park, IL 60487-9356
14191951   +Illinois Dept. of Employment,   Security Bankuptcy Unit, 3rd Floor,   401 South State Street,
             Chicago, IL 60605-1229
14191952   +International Paper,   4049 Willow Lake Blvd.,   Memphis, TN 38118-7047
14191954   +John E. Bova DDS,   16636 S. 107th Ct.,   Orland Park, IL 60467-8898
14191955   +Kennicott Brothers co.,   c/o Arnstein & Zeller,   9933 N. Lawler Ave., Ste 440,
             Skokie, IL 60077-3720
14191956   +Levin & Brend,   20 N. Wacker Dr.,   Ste. 2920,   Chicago, IL 60606-3101
14191957    Lowes / MBGA,   Attention: Bankruptcy Department,   Po Box 103106,   Roswell, GA 30076
14191959   +MICHAEL D FINE,   131 S DEARBORN,   Chicago, IL 60603-5517
14191958   +Maher & Brannigan,   19511 Govenors Highway,   PO Box 190,   Flossmoor, IL 60422-0190
14543714   +Martinucci Family Enterprises LP,   4210 West Irving Park Rd,   Chicgao,IL 60641-2935
14191960   +Midwest Medicorp,   6524 W. Archer Avenue,   Chicago, IL 60638-2400
14191962    Palos Bank and Trust,   12600 Palos Heights,   Palos Heights, IL 60463
14191963   +Palos Community Hospital,   12251 S. 80th Ave.,   Palos Heights, IL 60463-0930
14191964   +Radiology & Nuclear Consultants Ltd,   7800 College Drive,   1SE,   Palos Heights, IL 60463-1007
14191965   +Receivables Management Inc. (RMI)/ Mortg,   Attn: Bankruptcy,   3348 Ridge Rd,
             Lansing, IL 60438-3112
14191966    Renaissance Recovery,   PO Box 1095,   Park Ridge, IL 60068-7095
14191967   +Schiller Ducanto & Fleck LLP,   200 North LaSalle Street,   30th Floor,   Chicago, IL 60601-1019
14191968   +Steven R. Ziemba,   15653 Shire Drive,   Orland Park, IL 60467-9407
14191969   +The Roy Houff Co.,   6200 S. Oak Park Ave.,   Chicago, IL 60638-4016
14191970    Toyota Finacial Services,   P.O. Box 5855,   Carol Stream, IL 60197-5855
14191971   +Transworld Systems, Inc.,   25 Northwest Point Blvd.,   # 750,   Elk Grove Village, IL 60007-1058
14191972   +Vans Floral,   3730 W. 131 Street,   Alsip, IL 60803-1519

The following entities were noticed by electronic transmission on Oct 26, 2009.
14191929   +EDI: BECKLEE.COM Oct 26 2009 18:58:00      American Express,   c/o Becket and Lee,   Po Box 3001,
             Malvern, PA 19355-0701
14191932   +EDI: CHASE.COM Oct 26 2009 18:58:00      Chase,   800 Brooksedge Blvd,
             Westerville, OH 43081-2822
14191937   +EDI: RCSDELL.COM Oct 26 2009 18:59:00      Dell Financial Services,   PO Box 5275,
             Carol Stream, IL 60197-5275
14191944    EDI: RMSC.COM Oct 26 2009 18:58:00      Gemb/jcp,   Attention: Bankruptcy,   Po Box 103106,
             Roswell, GA 30076
14191947    E-mail/Text: skramer@heartcc.com                           Heart Care Center,   PO Box 766,
             Bedford Park, IL 60499-0766
14191953    EDI: IRS.COM Oct 26 2009 18:58:00      IRS,   Centralized Insolvency Operations,   PO Box 21126,
             Philadelphia, PA 19114
14191961   +E-mail/Text: bankrup@nicor.com                            Nicor Gas,
             Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: mflowers              Page 2 of 2                Date Rcvd: Oct 26, 2009
Case: 09-26491                 Form ID: ntcftfc7           Total Noticed: 51
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2009**                    **Signature:** _Joseph Speetjens_