# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: mflowers | Date Created: 5/18/2010 |
| Case: 09−26491 | Form ID: cxdsch7 | Total: 57 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Stephen A Ziemba | 14563 West Avenue    Orland Park, IL 60462 |
| tr | Norman B Newman    Much Shelist Freed Denenberg    191 North Wacker Drive Ste 1800    Chicago, IL 60601 |
| aty | Forrest L Ingram    Forrest L. Ingram, P.C.    79 W Monroe Street    Suite 900    Chicago, IL 60603 |
| aty | Martin J Wasserman    Much Shelist Denenberg    Ament &Rubenstein PC    191 North Wacker Drive    Suite 1800    Chicago, IL 60606 |
| 14191927 | Abc Credit &Recovery    4736 Main St Ste 4    Lisle, IL 60532 |
| 14191928 | Allied Waste Service    2608 S. Damen    Chicago, IL 60608 |
| 14191930 | American Express    PO Box 0001    Chicago, IL 60638−5535 |
| 14191929 | American Express    c/o Becket and Lee    Po Box 3001    Malvern, PA 19355 |
| 14739218 | American Express Bank, FSB    POB 3001    Malvern, PA 19355−0701 |
| 14191931 | BERGER NEWMARK &FENCHEL    303 W MADISON#23FL    Chicago, IL 60606 |
| 14191932 | Chase    800 Brooksedge Blvd    Westerville, OH 43081 |
| 14697349 | Chase Bank USA, N.A.    PO Box 15145    Wilmington, DE 19850−5145 |
| 14191933 | Chase Manhattan Mtg    G7−Pp    3415 Vision Dr.    Columbus, OH 43219 |
| 14191934 | Christ Hospital    c/o Harris &Harris LTD    222 Merchandise Mart, Ste. 1900    Chicago, IL 60654 |
| 14191935 | Citi Mortgage Inc    Attention: Bankruptcy Department    Po Box 79022, Ms322    St. Louis, MO 63179 |
| 14191936 | Damis Investments    936 N. Damen    Chicago, IL 60622 |
| 14191937 | Dell Financial Services    PO Box 5275    Carol Stream, IL 60197 |
| 14191938 | Denise Ziemba    15653 Shire Drive    Orland Park, IL 60467 |
| 14191939 | Dependon Collection Service Inc.    PO Box 4833    Oak Brook, IL 60523 |
| 14191940 | Dyck–O'Neal, Inc.    PO Box 841776    Dallas, TX 75284−1776 |
| 14191941 | Endodontic &Periodontic Associates    Attn: Patient Accounts    18130 S. Halsted St.    Homewood, IL 60430 |
| 14191942 | EverFloral    PO Box 87618    Chicago, IL 60680 |
| 14191943 | First Real Estate Services, Ltd.    120 W. Madison, Suite 1200    Chicago, IL 60602 |
| 14922837 | GE Money Bank dba LOWES CONSUMER    Care of Recovery Management Systems Corp    25 SE 2nd Ave Ste 1120    Miami FL 33131 |
| 14191944 | Gemb/jcp    Attention: Bankruptcy    Po Box 103106    Roswell, GA 30076 |
| 14191945 | George Feiwell    70 W. Madison, Ste 3700    Chicago, IL 60602 |
| 14191946 | Harris &Harris Ltd    600 W Jackson    Chicago, IL 60661 |
| 14191947 | Heart Care Center    PO Box 766    Bedford Park, IL 60499 |
| 14191948 | Home Depot Credit Services    Processing Center    Des Moines, IA 50364−0500 |
| 15305242 | Hortica Insurance &Employee Benefits    Pob 428    Edwardsville, IL 62025 |
| 14191953 | IRS    Centralized Insolvency Operations    PO Box 21126    Philadelphia, PA 19114 |
| 14191949 | Illinois Collection Services    8231 W. 185th St. Ste. 100    Tinley Park, IL 60487 |
| 14862063 | Illinois Department of Revenue    Bankruptcy Section    P.O. Box 64338    Chicago, IL 60664−0338 |
| 14191950 | Illinois Department of Revenue    Bankruptcy Section Level 7−425    100 W. Randolph St.    Chicago, IL 60606 |
| 14191951 | Illinois Dept. of Employment    Security Bankupty Unit, 3rd Floor    401 South State Street    Chicago, IL 60605 |
| 14191952 | International Paper    4049 Willow Lake Blvd.    Memphis, TN 38118 |
| 14191954 | John E. Bova DDS    16636 S. 107th Ct.    Orland Park, IL 60467 |
| 14191955 | Kennicott Brothers co.    c/o Arnstein &Zeller    9933 N. Lawler Ave., Ste 440    Skokie, IL 60077 |
| 14191956 | Levin &Brend    20 N. Wacker Dr.    Ste. 2920    Chicago, IL 60606 |
| 14191957 | Lowes / MBGA    Attention: Bankruptcy Department    Po Box 103106    Roswell, GA 30076 |
| 14191959 | MICHAEL D FINE    131 S DEARBORN    Chicago, IL 60603 |
| 14191958 | Maher &Brannigan    19511 Govenors Highway    PO Box 190    Flossmoor, IL 60422 |
| 14789000 | Maher &Brannigan    c/o Kenneth J. Donkel, Esq    7220 W. 194th Street #105    Tinley Park, IL 60477 |
| 14543714 | Martinucci Family Enterprises LP    4210 West Irving Park Rd    Chicgao,IL 60641 |
| 14191960 | Midwest Medicorp    6524 W. Archer Avenue    Chicago, IL 60638 |
| 14191961 | Nicor Gas    Attention: Bankruptcy Department    1844 Ferry Road    Naperville, IL 60507 |
| 14191962 | Palos Bank and Trust    12600 Palos Heights    Palos Heights, IL 60463 |
| 14191963 | Palos Community Hospital    12251 S. 80th Ave.    Palos Heights, IL 60463 |
| 14191964 | Radiology &Nuclear Consultants Ltd    7800 College Drive    1SE    Palos Heights, IL 60463 |
| 14191965 | Receivables Management Inc. (RMI)/ Mortg    Attn: Bankruptcy    3348 Ridge Rd    Lansing, IL 60438 |
| 14191966 | Renaissance Recovery    PO Box 1095    Park Ridge, IL 60068 |
| 14191967 | Schiller Ducanto &Fleck LLP    200 North LaSalle Street    30th Floor    Chicago, IL 60601−1089 |
| 14191968 | Steven R. Ziemba    15653 Shire Drive    Orland Park, IL 60467 |
| 14191969 | The Roy Houff Co.    6200 S. Oak Park Ave.    Chicago, IL 60638 |
| 14191970 | Toyota Finacial Services    P.O. Box 5855    Carol Stream, IL 60197−5855 |
| 14191971 | Transworld Systems, Inc.    25 Northwest Point Blvd.    # 750    Elk Grove Village, IL 60007 |
| 14191972 | Vans Floral    3730 W. 131 Street    Alsip, IL 60803 |

TOTAL: 57